AMERICAN LINOLEUM MANUFACTURING COMPANY, Appellant, v. THE CITY OF

NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.